UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-mc-00160-RJC

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF FIRST INSTANCE IN CIVIL MATTERS NO. 47 IN BUENOS AIRES, ARGENTINA IN *RITA KARINA ROSE CAPORALE V. ALLISON KAYE DEUTSCH, ET. AL.*, REF. NO.: 1494/2020 | **Order** |

**THIS MATTER** comes before the Court on the United States' Application for Order Pursuant to 28 U.S.C. § 1782(a). (Doc. No. 1). The United States, by its counsel, on behalf of the National Court of First Instance in Civil Matters No. 47 in Buenos Aires, Argentina, in *Rita Karina Rose Caporale v. Allison Kaye Deutsch,* Foreign Reference Number 1494/2020, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo, for use in connection with a judicial proceeding in the National Court of First Instance in Civil Matters No. 47 in Buenos Aires, Argentina. Upon review of the Letter of Request issued by the National Court of First Instance in Civil Matters No. 47 in Buenos Aires, Argentina, in *Rita Karina Rose Caporale v. Allison Kaye Deutsch,* seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Argentina, and the Court being fully informed in the premises.

**NOW THEREFORE, it is ORDERED AND ADJUDGED**, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Caroline B. McLean, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo Bank for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the National Court

of First Instance in Civil Matters No. 47 in Buenos Aires, Argentina, in *Rita Karina Rose Caporale v. Allison Kaye Deutsch*, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

**IT IS FURTHER ORDERED** that the United States Attorney's Office shall provide Wells Fargo in Charlotte, North Carolina with a copy of this Order and the accompanying documents.

Signed: December 2, 2022

Robert J. Conrad, Jr.
United States District Judge